# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America <br> v. <br><br> WALTER CAPACCIO <br><br> *Defendant* | ) <br> )   Case No.   2:25cr21 <br> )   FID: 11772175 <br> )   NCIS <br> ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Walter Capaccio ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

T.18:2252(a)(4)(B) - Possession of Visual Depictions of Minors Engaging in Sexually Explicit Conduct (Counts 1 & 2)

Date:   02/26/2025

*Issuing officer's signature*

City and state:   Norfolk, Virginia

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/27/25 , and the person was arrested on *(date)* 3/7/25
at *(city and state)* Virginia Beach, VA .

Date: 3/7/25

*Arresting officer's signature*

Abbi Bledsoe, Special Agent NCIS
*Printed name and title*