CR96C AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

## EASTERN District of VIRGINIA

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
| --- | --- |
| | PENDING HEARING PURSUANT TO BAIL |
| | REFORM ACT |
| V. | Case No. 2:25cr21 |
| Walter Capaccio | |
| *Defendant* | |

Upon motion of the _____United States_____ detention hearing is set for ____3/12/25____ * at ____2:30____
                                                  Date                          Time

before _____ United States Magistrate Judge _____
                  Name of Judicial Officer

_____ Norfolk, Virginia _____
         Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____
                                                                                        Other Custodial Official

Date: __March 7, 2025__          _____[signature]_____
                                              Judge

  If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.